UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number:_____

Chad Allen Kirk
(Write the full name of the plaintiff)

vs. Miami Herald

FILED BY _____ D.C.
JUL 23 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

(Write the full name of the defendant/s in this case)

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I. Party Information

A. Plaintiff: Chad Allen Kirk
   Address: 5501 College rd
   Inmate/Prison No.: 200071767
   Year of Birth: 1985 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

   (Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: Miami Herald   Defendant:_____

   Official Position:_____   Official Position:_____

   Place of Employment:_____   Place of Employment:_____

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

cat / div 550
Case # _____
Judge _____ Mag Reid
Motn Ifp no  Fee pd $ no
Receipt # _____

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stat ed in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not idude legal arguments or cite cases or statutes. Attach additional pages, if necessary.

See attached -

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

See Attached

_____

_____

## IV. Jury Demand

Are you demanding a jury trial?   ✓ Yes   ___ No

Signed this 14 day of July, 2020

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: July 14, 2020

_____
Signature of Plaintiff

# Statement of Facts

On Friday April 17, 2020 I was stopped and arrested for my alleged Participation concerning an aggravated battery w/ a deadly weapon Case #2020-CF-00271-AK during these alleged timeframes accusations were made which classify as Hear-say "That I allegedly inflicted Great bodily harm upon an individual for Narcotics", Which resulted in the following headline appearing in the Miami Herald 3511 NW 91st ~~Street~~ Doral, FL 33172 on April 18, 2020 Stating, "Homeless Stabbed Someone over Drug debt". So in regards to case #2020-CF-00271-AK, not only am i dealing with a mistaken identity case for which there is no evidence in this malicious allegation. We are dealing with an obvious Defamation of Character, issue which obviously creates Bias concerning Potential jurors, during my course of proving my innocence.

# Punitive Damages

I am asking that the defendant in this civil action pay any and all court costs.

And the Punitive damages

totaling: 3,700,000
three Point seven million

Loss of significant other due to defamation
Prospective Jobs within community involving trade
Creates bias w/ Potential Jurors
Family Grief

Chad Kirk #20007167
Monroe County Detention Center
5501 College St.
Key West, FL 33040

Clerks Office
United States District Court
Southern District of Florida
400 North Miami Avenue, 8N09
Miami, FL 33128

